Julie A. FRIEDGES, Relator,

v.

INDEPENDENT SCHOOL DISTRICT # 719, and American Compensation Insurance/RTW, Inc., Respondents.

No. C4-99-984.

Supreme Court of Minnesota.

Oct. 4, 1999.

David C. Wulff, Roseville, for relator.

Nancy E. Lamo, McCollum, Crowley, Vehanan, Moschet & Miller, Ltd., Bloomington, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 17, 1999, be, and the same is, reversed and the matter is remanded for further consideration in light of *Irwin v. Surdyk's Liquor,* 599 N.W.2d 132 (Minn. 1999).

Employee is awarded $400 in attorney fees.

BY THE COURT:
Russell A. Anderson
Russell A. Anderson
Associate Justice